IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HUTSON L. BURKS                                                                                              PETITIONER
ADC #87853

v.                                       Case No. 5:10CV00342 JMM-JTK

RAY HOBBS, *Director*
Arkansas Department of Correction                                                          RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDATIONS

The following recommended disposition has been sent to United States District Court Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

      3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

## DISPOSITION

Petitioner, Hutson L. Burks, *pro se*, filed a petition for a writ of habeas corpus seeking release from confinement (DE #1, Petition). The Respondent, by and through counsel, the Attorney General of the State of Arkansas, filed a response to the Petition, stating that the Petition should be dismissed without prejudice because it appears the claims raised may be unexhausted. (DE #6, Response, at 1) Petitioner subsequently filed a Motion to Withdraw the habeas petition. (DE #8, Motion to Dismiss)

The Motion, DE #8, has been referred to the undersigned for preliminary review, findings and recommended disposition pursuant to 28 U.S.C. § 636. For the reasons that follow, the Court recommends that the Motion to Dismiss be granted and that the Petition be dismissed without prejudice.

The doctrine of exhaustion of state remedies requires state prisoners to "fairly present" their claims as federal constitutional issues in the state courts before raising those claims in a federal

habeas corpus petition. *See* 28 U.S.C. §2254(b)(1)(A) and (c); *O'Sullivan v. Boerckel*, 526 U.S. 838, 842 (1999). Inasmuch as Petitioner is still attempting to present his claims to the state court, he arguably has not satisfied the exhaustion requirement. *See Slack v. McDaniel*, 529 U.S. 473 (2000) (state prisoner's first petition dismissed without prejudice so that prisoner would be able to seek federal habeas review again after exhausting his state court remedies). Thus, the Petition should be dismissed without prejudice.

Accordingly, for the reasons stated above, the Court hereby recommends that the Motion, DE #8, be granted and that the Petition be dismissed without prejudice.

SO ORDERED this 26th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE