IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HUTSON L. BURKS                                                                                    PETITIONER
ADC #87853

v.                              Case No. 5:10CV00342 JMM-JTK

RAY HOBBS, *Director*
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There are no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this   4   day of   August  , 2011.

_____
UNITED STATES DISTRICT JUDGE