IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HUTSON L. BURKS                                                                                    PETITIONER
ADC #87853

v.                                    Case No. 5:10CV00342 JMM-JTK

RAY HOBBS, *Director*
Arkansas Department of Correction                                                       RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED without prejudice.

SO ADJUDGED this   4   day of August , 2011.


_____
UNITED STATES DISTRICT JUDGE